UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 7 |
| SAMMY LEE CRUMBLEY, JR. | CASE NO: 13-69258 - MGD |
| SSN: xxx-xx-6721 | |
| VITA NORWOOD CRUMBLEY | |
| SSN: xxx-xx-4082 | |
| Debtor(s), | |

## AMENDMENT

COMES NOW, Sammy Lee Crumbley, Jr. and Vita Norwood Crumbley, Debtor(s), by and through their undersigned attorney and amends their Chapter 7 Bankruptcy as follows:

1. Amend Schedule "F" Creditors Holding Un-secured Non-priority Claims (See Attached).

2. Amend Summary of Schedules & Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159) (See Attached).

WHEREFORE, Debtor(s) pray that this Amendment be allowed.

/s/ Angela Little Hamilton
Angela Little Hamilton, GBN 454087
Attorney for Debtor(s)
angelalham@yahoo.com
543 E. Lanier Avenue
Fayetteville, GA 30214
Phone (770) 716-0140

B6F (Official Form 6F) (12/07)

In re  **Sammy Lee Crumbley, Jr.,**  
 **Vita Norwood Crumbley**  
                              Debtors

Case No. __**13-69258**__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx4920**<br><br>**American Anesthesiology of GA**<br>**c/o Frost - Arnett Company**<br>**P.O. Box 198988**<br>**Nashville, TN 37219-8988** | | W | medical services | | | | 80.00 |
| Account No. **6492**<br><br>**AT&T**<br>**c/o Enhanced Recovery Corporation**<br>**8014 Bayberry Road**<br>**Jacksonville, FL 32256-7412** | | W | services | | | | 198.00 |
| Account No. **xxxx797N**<br><br>**Atlanta Perinatal Consultants**<br>**5780 Peachtree Dunwoody Rd, Ste 380**<br>**Atlanta, GA 30342-1554** | | W | medical services | | | | 214.00 |
| Account No. **xxxx-xxxx-xxxx-1508**<br><br>**Chase Bank USA, NA**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | | J | credit card purchases | | | | 1,811.00 |

__**3**__ continuation sheets attached

Subtotal (Total of this page)   **2,303.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Sammy Lee Crumbley, Jr.,**
**Vita Norwood Crumbley**
                                Debtors

Case No. **13-69258**

**AMENDED**
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx1340**<br><br>**Comenity Bank / Limited Dept. Stores**<br>**P.O. Box 182789**<br>**Columbus, OH 43218** | | W | credit card purchases | | | | 1,695.00 |
| Account No. **xxxxx1466**<br><br>**Digestive Healthcare of GA**<br>**95 Collier Rd. NW**<br>**Suite 4075**<br>**Atlanta, GA 30309** | | J | Medical | | | | 994.94 |
| Account No. **xxxxxxxx5611**<br><br>**DSNB / Bloomingdale's**<br>**Attn: Bankruptcy Processing**<br>**P.O. Box 8053**<br>**Mason, OH 45040** | | W | credit card purchases | | | | 1,043.00 |
| Account No. **xxxxxxx1342**<br><br>**DSNB / Macy's**<br>**Attn: Bankruptcy Processing**<br>**P.O. Box 8053**<br>**Mason, OH 45040** | | W | credit card purchases | | | | 1,809.00 |
| Account No. **xxx4922**<br><br>**Emerginet SRMC, LLC**<br>**c/o North American Credit**<br>**2810 Walker Road**<br>**Suite 100**<br>**Chattanooga, TN 37421** | | H | medical services | | | | 210.00 |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,751.94**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sammy Lee Crumbley, Jr.,**  
      **Vita Norwood Crumbley**  
                                     Debtors

Case No.  **13-69258**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx1184<br><br>Emerginet SRMC, LLC<br>c/o North American Credit<br>2810 Walker Road<br>Suite 100<br>Chattanooga, TN 37421 | | W | medical services | | | | 212.00 |
| Account No. xxxx5953<br><br>GE Capital Retail Bank / Gap<br>Attn: Bankruptcy Dept.<br>P.O. Box 103104<br>Roswell, GA 30076 | | W | credit card purchases | | | | 351.00 |
| Account No. xxxxxxxxxxxx6997<br><br>Home Depot / CBNA<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 | | W | credit card purchases | | | | 464.00 |
| Account No. xxxxxxxxxxxx4130<br><br>Home Depot / CBNA<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 | | W | credit card purchases | | | | 1,452.00 |
| Account No. xxxxxx0684<br><br>Northside Hospital<br>1100 Johnson Ferry Rd., NE<br>Suite 780<br>Atlanta, GA 30342 | | W | medical services | | | | 78.00 |

Sheet no.  **2**  of  **3**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)      **2,557.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Sammy Lee Crumbley, Jr.,**
     **Vita Norwood Crumbley**

Case No. **13-69258**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9096** <br><br> **Piedmont Fayette Hospital** <br> **c/o Brent D. Stamps, Atty at Law** <br> **P.O. Box 2387** <br> **Norcross, GA 30093** | | W | medical services | | | | 807.00 |
| Account No. <br><br> **Piedmont Fayette Hospital** <br> **Paces West Two - Suite 1000** <br> **2727 Paces Ferry Road** <br> **Atlanta, GA 30339** | | W | Notice Only - already listed | | | | 0.00 |
| Account No. **xxxxxxxx0705** <br><br> **Portfolio Recovery Associates, LLC** <br> **aao HSBC Card Services III, Inc.** <br> **120 Corporate Boulevard, Suite 100** <br> **Norfolk, VA 23502** | | H | credit card purchases | | | | 559.00 |
| Account No. **xxx.xx7739** <br><br> **Progressive Anesthesia, LLC** <br> **P.O. Box 4860** <br> **Murrells Inlet, SC 29576** | | W | medical services | | | | 294.00 |
| Account No. | | | | | | | |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    1,660.00

Total (Report on Summary of Schedules)    12,271.94

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia - Newnan Division

In re: **Sammy Lee Crumbley, Jr., Vita Norwood Crumbley**, Debtors

Case No. **13-69258**

Chapter **7**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 194,000.00 | | |
| B - Personal Property | Yes | 3 | 66,450.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 264,686.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 12,271.94 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,468.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,474.00 |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| Total Assets | | | 260,450.00 | | |
| Total Liabilities | | | | 276,957.94 | |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Georgia - Newnan Division

In re: **Sammy Lee Crumbley, Jr., Vita Norwood Crumbley**, Debtors

Case No. **13-69258**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,468.00 |
| Average Expenses (from Schedule J, Line 18) | 5,474.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,664.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 72,548.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 12,271.94 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 84,819.94 |

VERIFICATION

I/We, Sammy Lee Crumbley, Jr. and Vita Norwood Crumbley, as petitioners in the foregoing petition, declare under penalty of perjury, pursuant to Bankruptcy Rule 1008, that the foregoing amendment is true and correct.

/s/ Sammy Lee Crumbley, Jr.

/s/ Vita Norwood Crumbley

Date: October 7, 2013

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | { | CHAPTER 7 |
| | { | |
| SAMMY LEE CRUMBLEY, JR. | { | CASE NO: 13-69258 - MGD |
| SSN: xxx-xx-6721 | { | |
| VITA NORWOOD CRUMBLEY | { | |
| SSN: xxx-xx-4082 | { | |
| Debtor(s), | { | |

### CERTIFICATE OF SERVICE

This is to Certify that I have this date served a copy of the within and foregoing Amendment on the following:

Janet G. Watts
600 North Glynn Street
Suite C
Fayetteville, GA 30214

Sammy Lee Crumbley, Jr.
Vita Norwood Crumbley
794 Cormac Drive
Riverdale, GA 30296

by placing a copy of same in the United States Mail in properly addressed envelope with adequate postage affixed thereon to insure delivery.

This 7th day of October, 2013.

/s/ Angela Little Hamilton
Angela Little Hamilton, GBN 454087
Attorney for Debtor(s)
angelalham@yahoo.com
543 E. Lanier Avenue
Fayetteville, GA 30214
Phone (770) 716-0140

**13-69258-mgd** Sammy Lee Crumbley, Jr. and Vita Norwood Crumbley
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** Mary Grace Diehl
**Date filed:** 09/02/2013

## Creditors

**American Anesthesiology of GA**
c/o Frost - Arnett Company
P.O. Box 198988
Nashville, TN 37219-8988

**AT&T**
c/o Enhanced Recovery Corporation
8014 Bayberry Road
Jacksonville, FL 32256-7412

**Atlanta Perinatal Consultants**
5780 Peachtree Dunwoody Rd, Ste 380
Atlanta, GA 30342-1554

**Bank of America, NA**
Customer Service
P.O. Box 5170
Simi Valley, CA 93062-5170

**Beneficial Mortgage Co. of Georgia**
205 Banks Station
Fayetteville, GA 30214

**Chase Bank USA, NA**
P.O. Box 15298
Wilmington, DE 19850-5298

**Clayton County Tax Commissioner**
Courthouse Annex 3, 2nd Floor
121 S. McDonough Street
Jonesboro, GA 30236

**Comenity Bank / Limited Dept. Stores**
P.O. Box 182789
Columbus, OH 43218

**DSNB / Bloomingdale's**
Attn: Bankruptcy Processing
P.O. Box 8053
Mason, OH 45040

**DSNB / Macy's**
Attn: Bankruptcy Processing
P.O. Box 8053
Mason, OH 45040

**Emerginet SRMC, LLC**
c/o North American Credit
2810 Walker Road
Suite 100
Chattanooga, TN 37421

**Fidelity Bank**
P.O. Box 105690
Atlanta, GA 30348

**GE Capital Retail Bank / Gap**
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076

**Hawthorne I Homeowners Association**
c/o Community Association Management
101 Devant St., Suites 904 & 905
P.O. Box 143089
Fayetteville, GA 30214

**Hawthorne I Homeowners Association Inc**
c/o Mason Lee
101 Devant Street, Suite 905
P.O. Box 143089
Fayetteville, GA 30214

**Home Depot / CBNA**
P.O. Box 6497
Sioux Falls, SD 57117-6497

**Northside Hospital**
1100 Johnson Ferry Rd., NE
Suite 780
Atlanta, GA 30342

**Piedmont Fayette Hospital**
c/o Brent D. Stamps, Atty at Law
P.O. Box 2387
Norcross, GA 30093

**Piedmont Fayette Hospital**
Paces West Two - Suite 1000
2727 Paces Ferry Road
Atlanta, GA 30339

**PNC Mortgage**
3232 Newmark Drive
Miamisburg, OH 45342

**PNC Mortgage**
c/o McCurdy & Candler, LLC
Six Piedmont Center, Suite 700
3525 Piedmont Road, NE
Atlanta, GA 30305

**Portfolio Recovery Associates, LLC**
aao HSBC Card Services III, Inc.
120 Corporate Boulevard, Suite 100
Norfolk, VA 23502

**POS Solutions**
P.O. Box 1844
Douglasville, GA 30133

**Progressive Anesthesia, LLC**
P.O. Box 4860
Murrells Inlet, SC 29576

## SUPPLEMENTAL MATRIX

Digestive Healthcare of GA
95 Collier Rd. NW
Suite 4075
Atlanta GA 30309