UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| SAMMY LEE CRUMBLEY, JR. and | : | CASE NO. 13-69258 - MGD |
| VITA NORWOOD CRUMBLEY, | : | |
| | : | |
| DEBTORS. | : | |

**MOTION TO REOPEN CASE**

Nancy J. Gargula, United States Trustee for Region 21, pursuant to 11 U.S.C. § 350(b) and Federal Rule of Bankruptcy Procedure 5010, respectfully requests that the Court reopen this case. As cause, the United States Trustee respectfully shows as follows:

1. Sammy Lee Crumbley, Jr. and Vita Norwood Crumbley ("Debtors") filed a Chapter 7 bankruptcy petition on September 2, 2013.

2. The Court closed Debtor's chapter 7 case on December 18, 2013.

3. The United States Trustee wishes to reopen the Chapter 7 case because after Debtors received their discharge and the case was closed, the United States Trustee received notification that Debtors may be entitled to receive proceeds from a settlement resulting from an undisclosed legal action which can be administered for the benefit of the bankruptcy estate.

4. It is essential that this case be reopened as quickly as possible so that the Chapter 7 trustee may investigate and collect the potential assets.

5. Upon information and belief, administration of this asset is expected to be beneficial to Debtors' creditors.

6. Bankruptcy Code section 350 authorizes the Court to reopen a case to administer assets, to accord relief to the debtor, or for other cause.

7. Federal Rule of Bankruptcy Procedure 5010 provides that a case may be reopened on motion of the debtor or other party in interest.

8. The United States Trustee is a party in interest and has standing to raise, appear, and be heard, on any issue in any case. 11 U.S.C. § 307.

WHEREFORE, the United States Trustee respectfully requests that this Court enter an Order: (i) reopening this Chapter 7 case to allow for the administration of the estate for the benefit of creditors; (ii) directing the United States Trustee to appoint a chapter 7 trustee; and (iii) granting such other and further relief as the Court may deem just and proper.

NANCY J. GARGULA
UNITED STATES TRUSTEE
REGION 21

/s/
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(202) 360-7746
lindsay.p.kolba@usdoj.gov

## CERTIFICATE OF SERVICE

      This is to certify that I have on this day electronically filed the foregoing *Motion to Reopen Case* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case filing program.

| | |
|---|---|
| Angela Little Hamilton | angelalham@yahoo.com, HamiltonAR91835@notify.bestcase.com, berniceagriffin@gmail.com |
| William J. Layng | blayng@wlaynglaw.com, sross@wlaynglaw.com |
| Janet G. Watts | janet3870@att.net, jgw@trustesolutions.net |

      I further certify that on this day, I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid, on the following parties at the address shown for each.

| | |
|---|---|
| Sammy Lee Crumbley, Jr.<br>794 Cormac Drive<br>Riverdale, GA 30296 | Vita Norwood Crumbley<br>794 Cormac Drive<br>Riverdale, GA 30296 |

                                                            */s/*
                                          Lindsay P. S. Kolba
                                          Georgia Bar No.  541621
                                          United States Department of Justice
                                          Office of the United States Trustee
                                          362 Richard B. Russell Building
                                          75 Ted Turner Drive, SW
                                          Atlanta, Georgia 30303
                                          (202) 360-7746
                                          lindsay.p.kolba@usdoj.gov