UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SAMMY LEE CRUMBLEY, JR., and | ) | CASE NO.  13-69258-bem |
| VITA NORWOOD CRUMBLEY, | ) | |
| | ) | |
| DEBTORS. | ) | |

**NOTICE OF APPOINTMENT OF INTERIM SUCCESSOR TRUSTEE
AND MEETING OF CREDITORS**

On May 26, 2021, the Court reopened this case. (Dkt. No. 28)  The United States Trustee appoints **S. Gregory Hays** as interim successor trustee in this case.  The trustee shall serve under the blanket bond heretofore approved. Pursuant to F. R. Bankr. P. 2003(f), the United States Trustee will convene a special meeting of creditors. The interim successor trustee will preside at the meeting. Unless creditors elect another trustee, the interim successor trustee appointed herein shall serve as trustee without further appointment or qualification under the same bond.

The name and address of the interim successor trustee and the date, time, and location of the special meeting of creditors are as follows:

| | |
|---|---|
| **S. Gregory Hays**<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30302 -2153<br>Phone: (404) 926-0051 | **July 15, 2021, at 8:50 a.m.**<br><br>The meeting will be held by telephone conference call.<br>To attend, dial: **866-909-7148**.<br>When prompted, enter participant code: **4958999#.** |

Notice given by:        NANCY J. GARGULA
UNITED STATES TRUSTEE, REGION 21

*s/ Jeneane Treace*
R. Jeneane Treace
Georgia Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303
(404) 331-4437
*jeneane.treace@usdoj.gov*