**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

| | |
|---|---|
| In Re: Debtor(s)<br>**Sammy Lee Crumbley Jr.**<br>794 Cormac Drive<br>Riverdale, GA 30296<br><br>xxx–xx–6721<br><br>**Vita Norwood Crumbley**<br>794 Cormac Drive<br>Riverdale, GA 30296<br><br>xxx–xx–4082 | Case No.: **13–69258–bem**<br>Chapter: **7**<br>Judge: **Barbara Ellis–Monro** |

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND SCHEDULING OF MEETING OF CREDITORS

**NOTICE IS HEREBY GIVEN** that the United States Trustee has appointed an Interim Trustee in the above–styled bankruptcy case:

**S. Gregory Hays**
**Hays Financial Consulting, LLC**
**Suite 555**
**2964 Peachtree Road**
**Atlanta, GA 30305**

**(404) 926–0060**

The former Interim Trustee resigned due to a conflict.

**YOU ARE FURTHER NOTIFIED** that, pursuant to 11 U.S.C. Section 341, the Meeting of Creditors will be held on **July 15, 2021** at **08:50 AM** at the following location:
**Meeting will be telephonic. To attend, Dial: 866–909–7148 and enter: 4958999, when prompted for participation code.**

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated:   June 9, 2021

Form 192